USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

                                                  Plaintiff,

                -against-

78,441 SQUARE FEET MORE OR LESS OF LAND
AND IMPROVEMENTS, 260 TWELFTH AVENUE
HOLDINGS LLC, JPMORGAN CHASE BANK, NA,
and UNKNOWN OTHERS,

                                                  Defendants.

No. 1:21-cv-05810 (VEC)

---

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**PLAINTIFF'S NOTICE OF MOTION FOR AN ORDER DIRECTING THE CLERK OF**
**THE COURT TO ACCEPT FUNDS**

WHEREAS, on July 7, 2021, Plaintiff National Railroad Passenger Corporation ("Amtrak") filed a Complaint (ECF Nos. 1, 4) against Defendants 260 Twelfth Avenue Holdings, LLC ("260 Twelfth Avenue") and JPMorgan Chase Bank, NA ("JPMorgan" and, together with 260 Twelfth Avenue, "Defendants") to acquire, through eminent domain, certain property owned by 260 Twelfth Avenue, consisting of 78,441 square feet of land located at 260 Twelfth Avenue, New York, New York, more fully described on the Borough of Manhattan Tax Map as Block 675, Lot 1 (the "Subject Property"), pursuant to 49 U.S.C § 24311 and Federal Rule of Civil Procedure 71.1;

WHEREAS, 260 Twelfth Avenue is the owner in fee simple of the Subject Property, and JPMorgan is the mortgagee of the Subject Property, pursuant to a mortgage between 260 Twelfth Avenue and JPMorgan dated December 23, 2019 and recorded on January 8, 2020 among the land records of the City of New York with Instrument (CFRN)

No. 2020010300805001002E7D62 (the "Mortgage");

WHEREAS, on July 12, 2021, Amtrak filed a Notice of Motion pursuant to 49 U.S.C. § 24311(b)(1) seeking an order directing the Clerk of Court to (1) accept a deposit in the amount of $351,000,000 (the "Deposit"), which Amtrak contends represents just compensation for taking of the Subject Property, and (2) submit the Deposit into the Court Registry Investment System ("CRIS") pending further Order of the Court (the "Motion to Deposit," ECF No. 7);

WHEREAS, 260 Twelfth Avenue, as owner of the Subject Property, does not accept Amtrak's contention that the value of the Subject Property and just compensation for its taking pursuant to 49 U.S.C § 24311 and Federal Rule of Civil Procedure 71.1 is $351,000,000, and intends to contest the issue of just compensation in this action, and expressly reserves all rights and arguments regarding same, which Amtrak agrees are preserved in full;

WHEREAS, separate to the question of valuation of the Subject property, the Parties wish to resolve and smooth the process of the payment by Amtrak of the Deposit into Court, as required by 49 U.S.C. § 24311; and

WHEREAS, the Parties have agreed that 260 Twelfth Avenue will separately file a Consented Motion for Withdrawal of Deposit and Disbursement of Funds, together with a further Stipulation and [Proposed] Order regarding same;

NOW, THEREFORE, by the agreement of the undersigned parties, it is ORDERED as follows:

1. Amtrak's Motion to Deposit is GRANTED. As soon as is practicable after this Stipulated Order granting said motion, Amtrak shall deposit $351,000,000 with the Clerk of Court pursuant to 49 U.S.C. § 24311(b)(1). The Clerk of Court shall accept the Deposit and shall deposit it in an interest-bearing account in CRIS.

2. Amtrak agrees, and it so ordered, that 260 Twelfth Avenue's consent to this Stipulation and [Proposed] Order, and the deposit into Court of the Deposit, does not prejudice, waive, limit or otherwise impair 260 Twelfth Avenue's right to contest the amount of just compensation for the Subject Property in the above-captioned litigation, or limit or preclude in any way any arguments that 260 Twelfth Avenue may wish to make regarding same, and all such rights are expressly and fully preserved.

STIPULATED AND AGREED BY:

Dated: New York, New York
        July 30, 2021

_____
Kenneth J. Applebaum
Judith Z. Katz
Adam H. Brodsky
APPLEBAUM KATZ BRODSKY PLLC
112 West 34th Street, 18th Floor
New York, New York 10120
Telephone: (929) 352-1954
kapplebaum@akbpllc.com
jkatz@akbpllc.com
abrodsky@akbpllc.com

*Attorneys for Plaintiff*

_____
Timothy G. Cameron
Michael P. Addis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Fax: (212) 474-3000
tcameron@cravath.com
maddis@cravath

Montague Allan Hyman
CERTILMAN BALIN ADLER &
HYMAN LLP
90 Merrick Avenue
East Meadow, New York 11554
Telephone: (516) 296-7075
ahyman@certilmanbalin.com

Caitlin J. Halligan
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 390-9000
challigan@selendygay.com

*Attorneys for Defendant 260 Twelfth Avenue Holdings LLC*

_____
Denver G. Edwards
BRADFORD EDWARDS & VARLACK LLP
12 East 49th Street, 11th Floor
New York, NY 10017
Telephone:  (917) 671-9407
dedwards@bradfordedwards.com

*Attorneys for Defendant JPMorgan Chase Bank, NA*

The Clerk of Court is respectfully directed to close the open motion at docket entry 22.

**IT IS SO ORDERED.**

Dated: August __2__, 2021

                                                          VALERIE E. CAPRONI
                                                        United States District Judge