**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>          Plaintiff,<br><br>-against-<br><br>78,441 SQUARE FEET MORE OR LESS OF LAND AND IMPROVEMENTS, 260 TWELFTH AVENUE HOLDINGS LLC, JPMORGAN CHASE BANK, NA, and UNKNOWN OTHERS,<br><br>          Defendants. | No. 1:21-cv-05810 (VEC) |

**CONSENTED MOTION FOR**
**WITHDRAWAL OF DEPOSIT AND DISBURSEMENT OF FUNDS**

    Defendant 260 Twelfth Avenue Holdings LLC ("260 Twelfth Avenue"), makes this consented motion for withdrawal and disbursement of the funds Plaintiff National Railroad Passenger Corporation ("Amtrak") has deposited in the registry of the Court, in conjunction with and in reliance upon the Stipulation and [Proposed] Order Regarding Defendant 260 Twelfth Avenue Holdings LLC's Consented Motion for Withdrawal of Deposit and Disbursement of Funds ("Stipulation") filed concurrently with this motion. In support of its motion, 260 Twelfth Avenue respectfully represents:

    1.  On July 7, 2021, Plaintiff National Railroad Passenger Corporation ("Amtrak") filed a Complaint (ECF Nos. 1, 4) against Defendants 260 Twelfth Avenue Holdings, LLC ("260 Twelfth Avenue") and JPMorgan Chase Bank, NA ("JPMorgan" and, together with 260 Twelfth Avenue, "Defendants") to acquire, through eminent domain, certain property owned by 260 Twelfth Avenue, consisting of 78,441 square feet of land located at 260 Twelfth Avenue, New York, New York, more fully described on the Borough of Manhattan Tax Map as Block 675,

Lot 1 (the "Subject Property"), pursuant to 49 U.S.C § 24311 and Federal Rule of Civil Procedure 71.1.

2. 260 Twelfth Avenue is the owner in fee simple of the Subject Property, and JPMorgan is the mortgagee of the Subject Property, pursuant to a mortgage between 260 Twelfth Avenue and JPMorgan dated December 23, 2019 and recorded on January 8, 2020 among the land records of the City of New York with Instrument (CFRN) No. 2020010300805001002E7D62 (the "Mortgage").

3. On July 12, 2021, Amtrak filed a Notice of Motion pursuant to 49 U.S.C. § 24311(b)(1) seeking an order directing the Clerk of Court to (1) accept a deposit in the amount of $351,000,000 (the "Deposit"), which Amtrak contends represents just compensation for taking of the Subject Property, and (2) submit the Deposit into the Court Registry Investment System ("CRIS") pending further Order of the Court (ECF No. 7).

4. On August 2, 2021, the Court entered the parties' Stipulation and Order Regarding Plaintiff's Notice of Motion for an Order Directing the Clerk of the Court To Accept Funds (ECF No. 25), and on August 13, 2021, Amtrak made the Deposit with the Clerk of Court pursuant to that Stipulation and Order.

5. 260 Twelfth Avenue, as owner of the Subject Property, does not accept Amtrak's contention that the value of the Subject Property and just compensation for its taking pursuant to 49 U.S.C § 24311 and Federal Rule of Civil Procedure 71.1 is $351,000,000, and intends to contest the issue of just compensation in this action, and expressly reserves all rights and arguments regarding same, which Amtrak agrees are preserved in full.

6. 260 Twelfth Avenue seeks disbursement of the Deposit to Defendants pursuant to 49 U.S.C. § 24311(b)(4), without prejudice to 260 Twelfth Avenue's right to contest

the amount of just compensation for the Subject Property in the above-captioned litigation.

7. This Court is authorized to disburse the Deposit to Defendants pursuant to 49 U.S.C. § 24311(b)(4).

8. The parties have entered into the Stipulation filed concurrently with this motion to resolve and smooth the process of the disbursement of the Deposit, with any accrued interest, from and by the Court to JPMorgan, as mortgagee, and 260 Twelfth Avenue, as owner of the Subject Property. As provided in the Stipulation, upon receipt of the funds necessary to satisfy the Mortgage, JPMorgan will execute a satisfaction of the Mortgage and file it in the office of the New York County Clerk and deliver either the promissory note marked canceled or such other reasonable proof that the debt has been extinguished.

9. 260 Twelfth Avenue has met and conferred with Amtrak and JPMorgan, and Amtrak and JPMorgan have represented that they consent to this motion.

WHEREFORE, 260 Twelfth Avenue respectfully requests that the Court enter and So Order the Stipulation filed concurrently with this motion and that the Deposit be disbursed to Defendants as set forth in the Stipulation without prejudice to 260 Twelfth Avenue's right to contest the valuation or amount of just compensation for the Subject Property in the above-captioned litigation.

\*     \*     \*

Dated: New York, New York
August 17, 2021

        */s/ Timothy G. Cameron*
Timothy G. Cameron
Michael P. Addis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Fax: (212) 474-3000
tcameron@cravath.com
maddis@cravath.com

Montague Allan Hyman
CERTILMAN BALIN ADLER &
HYMAN LLP
90 Merrick Avenue
East Meadow, New York 11554
Telephone: (516) 296-7075
ahyman@certilmanbalin.com

Caitlin J. Halligan
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 390-9000
challigan@selendygay.com

*Attorneys for Defendant 260 Twelfth Avenue Holdings LLC*

4