USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

                              Plaintiff,

     -against-

78,441 SQUARE FEET MORE OR LESS OF LAND
AND IMPROVEMENTS, 260 TWELFTH AVENUE
HOLDINGS LLC, JPMORGAN CHASE BANK, NA,
and UNKNOWN OTHERS,

                              Defendants.

No. 1:21-cv-05810 (VEC)

---

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**DEFENDANT 260 TWELFTH AVENUE HOLDINGS LLC'S CONSENTED MOTION**
**FOR WITHDRAWAL OF DEPOSIT AND DISBURSEMENT OF FUNDS**

        WHEREAS, on July 7, 2021, Plaintiff National Railroad Passenger Corporation ("Amtrak") filed a Complaint (ECF Nos. 1, 4) against Defendants 260 Twelfth Avenue Holdings, LLC ("260 Twelfth Avenue") and JPMorgan Chase Bank, NA ("JPMorgan" and, together with 260 Twelfth Avenue, "Defendants") to acquire, through eminent domain, certain property owned by 260 Twelfth Avenue, consisting of 78,441 square feet of land located at 260 Twelfth Avenue, New York, New York, more fully described on the Borough of Manhattan Tax Map as Block 675, Lot 1 (the "Subject Property"), pursuant to 49 U.S.C § 24311 and Federal Rule of Civil Procedure 71.1;

        WHEREAS, 260 Twelfth Avenue is the owner in fee simple of the Subject Property, and JPMorgan is the mortgagee of the Subject Property, pursuant to a mortgage between 260 Twelfth Avenue and JPMorgan dated December 23, 2019 and recorded on January 8, 2020 among the land records of the City of New York with Instrument (CFRN) No.

2020010300805001002E7D62 (the "Mortgage");

WHEREAS, on July 12, 2021, Amtrak filed a Notice of Motion pursuant to 49 U.S.C. § 24311(b)(1) seeking an order directing the Clerk of Court to (1) accept a deposit in the amount of $351,000,000 (the "Deposit"), which Amtrak contends represents just compensation for taking of the Subject Property, and (2) submit the Deposit into the Court Registry Investment System ("CRIS") pending further Order of the Court (ECF No. 7);

WHEREAS, on August 2, 2021, the Court entered the parties' Stipulation and Order Regarding Plaintiff's Notice of Motion for an Order Directing the Clerk of the Court To Accept Funds (ECF No. 25), and on August 13, 2021, Amtrak made the Deposit with the Clerk of Court pursuant to that Stipulation and Order;

WHEREAS, 260 Twelfth Avenue, as owner of the Subject Property, does not accept Amtrak's contention that the value of the Subject Property and just compensation for its taking pursuant to 49 U.S.C § 24311 and Federal Rule of Civil Procedure 71.1 is $351,000,000, and intends to contest the issue of just compensation in this action, and expressly reserves all rights and arguments regarding same, which Amtrak agrees are preserved in full;

WHEREAS, separate to the question of valuation of the Subject property, the parties wish to resolve and smooth the process of the disbursement of the Deposit, with any accrued interest, from and by the Court to JPMorgan, as mortgagee, and 260 Twelfth Avenue, as owner of the Subject Property; and

WHEREAS, concurrently with this Stipulation and Proposed Order, 260 Twelfth Avenue has filed a Consented Motion for Withdrawal of Deposit and Disbursement of Funds;

NOW, THEREFORE, by the agreement of the undersigned parties, it is ORDERED as follows:

1. 260 Twelfth Avenue's Consented Motion for Withdrawal of Deposit and Disbursement of Funds is GRANTED. On Monday, August 23, 2021, the Clerk of Court shall disburse the Deposit, together with any interest accrued thereon, in the following manner and to the following parties:

   a. $7,091,708.11 shall be disbursed via wire transfer on August 23, 2021 to JPMorgan in satisfaction of the Mortgage. JPMorgan shall acknowledge in writing receipt of same and satisfaction of the Mortgage to 260 Twelfth Avenue and Amtrak. JPMorgan shall provide the Clerk of the Court with wire transfer and bank account details for that disbursement immediately upon the granting of this Stipulated Order. Upon receipt of the funds necessary to satisfy the Mortgage, JPMorgan will execute a satisfaction of the mortgage and file it in the office of the New York County Clerk and deliver either the promissory note marked canceled or such other reasonable proof that the debt has been extinguished.

   b. The balance of the funds, including any interest accrued, shall be disbursed to 260 Twelfth Avenue via wire transfer on August 23, 2021. 260 Twelfth Avenue shall provide the Clerk of the Court with wire transfer and bank account details for that disbursement immediately upon the granting of this Stipulated Order.

2. Amtrak will take physical possession of the Subject Property on Friday, August 27, 2021, and 260 Twelfth Avenue will cooperate with Amtrak in turning over possession of the Subject Property to Amtrak by, among other things, turning over any keys to the Subject

Property and any structure thereon. Such transfer of possession shall be without prejudice to, and Amtrak agrees to permit, 260 Twelfth Avenue's attorneys, representatives, expert witnesses and consultants access to the Subject Property for purposes of the above-captioned litigation, during the pendency of said litigation, after giving notice to Amtrak at least two business days prior to such access or as the parties otherwise agree.

3. 260 Twelfth Avenue agrees that at the time of its execution of this Stipulation and Proposed Order and at all times prior to and until the date on which Amtrak acquires title to the Subject Property, that it has not encumbered title to its interest in the Subject Property by any lien except for the mortgage held by JPMorgan and that the funds to be distributed to 260 Twelfth Avenue from the funds deposited by Amtrak into Court will be free and clear of all liens against 260 Twelfth Avenue's interest in the Subject Property, including but not limited to: (i) the Mortgage made by Sharp Limited to Randal Holden, dated December 12, 1968 and recorded December 13, 1968 in Reel 125 Page 1043, as assigned, extended and modified, and (ii) the Mortgage made by Randal Holden to John T. Stanley Co., Inc., dated May 16, 1967 and recorded May 17, 1967 in record Liber 182 Page 77, as assigned (collectively the "Liens"), and that 260 Twelfth Avenue agrees to hold Amtrak harmless against any such Liens.

4. Amtrak agrees that 260 Twelfth Avenue's acceptance of the Deposit does not prejudice, waive or otherwise impair 260 Twelfth Avenue's right to contest the valuation or amount of just compensation for the Subject Property in the above-captioned litigation, and all of 260 Twelfth Avenue's rights and arguments regarding same are expressly and fully preserved.

STIPULATED AND AGREED BY:

Dated: New York, New York
       August 17, 2021

                        */s/ Kenneth J. Applebaum* (e-signed with consent)
                        Kenneth J. Applebaum
                        Judith Z. Katz
                        Adam H. Brodsky
                        APPLEBAUM KATZ BRODSKY PLLC
                        112 West 34th Street, 18th Floor
                        New York, New York 10120
                        Telephone: (929) 352-1954
                        kapplebaum@akbpllc.com
                        jkatz@akbpllc.com
                        abrodsky@akbpllc.com

                        *Attorneys for Plaintiff*

/s/ Timothy G. Cameron
Timothy G. Cameron
Michael P. Addis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Fax: (212) 474-3000
tcameron@cravath.com
maddis@cravath.com

Montague Allan Hyman
CERTILMAN BALIN ADLER & HYMAN LLP
90 Merrick Avenue
East Meadow, New York 11554
Telephone: (516) 296-7075
ahyman@certilmanbalin.com

Caitlin J. Halligan
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 390-9000
challigan@selendygay.com

*Attorneys for Defendant 260 Twelfth Avenue Holdings LLC*

 /s/ Denver G. Edwards (e-signed with consent)
Denver G. Edwards
BRADFORD EDWARDS & VARLACK LLP
12 East 49th Street, 11th Floor
New York, NY 10017
Telephone:  (917) 671-9407
dedwards@bradfordedwards.com

*Attorneys for Defendant JPMorgan Chase Bank, NA*

The Clerk of Court is respectfully directed to close the option motion at docket entry 33.

**IT IS SO ORDERED.**

Dated: August __18__, 2021

_____
VALERIE E. CAPRONI
United States District Judge