```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NATIONAL RAILROAD PASSENGER           :
CORPORATION (AMTRAK),                 :
                              Plaintiff,       :
            -against-               :
                                    :   21-CV-5810 (VEC)
78,441 SQUARE FEET MORE OR LESS OF    :
LAND AND IMPROVEMENTS, 260 TWELFTH    :   ORDER
AVENUE HOLDINGS LLC, JPMORGAN         :
CHASE BANK, NA AND UNKNOWN            :
OTHERS,                               :
                                    :
                         Defendants.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned for a telephonic status conference on December 18, 2023.

IT IS HEREBY ORDERED that trial in this matter will begin on **Monday, February 12, 2024, at 10:00 A.M.**  The final pretrial conference will be held on **Friday, February 9, 2024, at 10:30 A.M.**  All proceedings will take place in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  December 18, 2023
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**